UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-81940-CIV-MARRA/MATTHEWMAN

DAVID OPPENHEIMER,

Plaintiff,

vs.

LUCAS VISCONTI,
DIVERSITYINC MEDIA. LLC AND
JOHN DOE,

Defendants.
_____/

## ORDER REQUIRING MEDIATION

This cause is before the Court *sua sponte*.

Upon review of the docket, the Court observes that the parties have not yet indicated that they have completed mediation or that they have selected a mediator. The Court's case management order is designed to allow mediation to occur prior to the Court expending possibly unnecessary judicial effort on summary judgment motions. Therefore, the parties should be aware that the Court will not consider the pending summary judgment motion until after the parties conduct mediation.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the parties provide a status report regarding mediation **within 5 days of the date of entry of this Order**. Failure to do so may result in the Court having insufficient time to rule on the pending summary judgment

motion and the trial date needing to be moved.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 7th day of April, 2023.

KENNETH A. MARRA
United States District Judge