UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-81940-CIV-MARRA/MATTHEWMAN

DAVID OPPENHEIMER,

Plaintiff,

vs.

LUCAS VISCONTI,
DIVERSITYINC MEDIA. LLC AND
JOHN DOE,

Defendants.
_____/

## ORDER

This cause is before the Court upon the parties' Stipulation of Dismissal with Prejudice (DE 33). This type of dismissal is self-executing. Upon the filing of such a dismissal, the Court is divested of jurisdiction. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that all **PENDING MOTIONS** are **DENIED AS MOOT**. The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 12th day of April, 2023.

KENNETH A. MARRA
United States District Judge